# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Collette Meath<br>DOB: XXXXXX<br><br>*Defendant(s)* | Case: 1:25-mj-00180<br>Assigned To: Judge Harvey, G. Michael<br>Assign. Date: 8/27/2025<br>Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  August 26, 2025  in the District of  Columbia  the defendant(s) violated:

*Code Section*         *Offense Description*

18 USC § 111(a)(1) (Assaulting, Resisting, or Impeding Certain Officers of Employees)

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Jeffry Hardy, TFO
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 08/27/2025

*Judge's signature*

City and state: Washington, D.C.   G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*